Honorable James L. Robart

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEES PAINTERS' TRUST HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>GUS TORRES AND JANE DOE TORRES, husband and wife and the marital community comprised thereof, d/b/a ABZ PAINTING,<br><br>Defendants. | Case No. 2:08-cv-00785-JLR<br><br>[proposed]<br>**ORDER ON RENEWED JUDGMENTS** |

Plaintiff, Employee Painters' Trust Health and Welfare Fund ("Trust Fund" or "Judgment Creditor"), by and through its counsel, Christensen James & Martin and The Urban Law Firm, and pursuant to RCW 6.17.020(3), have moved for Renewed Judgments against Defendants Gus Torres and Jane Doe Torres, husband and wife and the marital community comprised thereof, d/b/a ABZ Painting (collectively "Judgment Debtors").

///
///
///
///
///
///

Order on Renewed Judgments
(Case No. 2:08-cv-00785-JLR)

1

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiff*

## SUMMARY OF JUDGMENT
### (First Judgment)

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Employee Painters' Trust Health and Welfare Fund |
| 2. | Attorneys for Judgment Creditor: | Michael A. Urban, WSBA No. 20251<br>The Urban Law Firm &<br>Christensen James & Martin<br>11900 NE 1st Street,<br>  Suite 300, Building G<br>Bellevue, WA 98005 |
| 3. | Judgment Debtors: | Gus Torres and Jane Doe Torres, husband and wife and the marital community comprised thereof, d/b/a ABZ Painting |
| 4. | First Default Judgment Principal Amount: | $9,530.76 |
| 5. | Date First Default Judgment Entered: | October 15, 2008 (ECF No. 16) |
| 6. | Date First Default Judgment Expires: | October 15, 2018 |
| 7. | Less Payments Received: | $(0.00) |
| 8. | Plus Interest Accrued: | $9,546.42 |
| 9. | **Total First Judgment Balance:** | **$19,077.18** |

///
///
///
///
///
///
///

Order on Renewed Judgments
(Case No. 2:08-cv-00785-JLR)

2

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiff*

## SUMMARY OF JUDGMENT
### (Second Judgment)

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Employee Painters' Trust Health and Welfare Fund |
| 2. | Attorneys for Judgment Creditor: | Michael A. Urban, WSBA No. 20251<br>The Urban Law Firm &<br>Christensen James & Martin<br>11900 NE 1st Street,<br>  Suite 300, Building G<br>Bellevue, WA 98005 |
| 3. | Judgment Debtors: | Gus Torres and Jane Doe Torres, husband and wife and the marital community comprised thereof, d/b/a ABZ Painting |
| 4. | Second Default Judgment Principal Amount: | $5,532.13 |
| 5. | Date Second Default Judgment Entered: | October 23, 2008 (ECF No. 18) |
| 6. | Date First Default Judgment Expires: | October 23, 2018 |
| 7. | Less Payments Received: | $(0.00) |
| 8. | Plus Interest Accrued: | $689.81 |
| 9. | **Total Second Judgment Balance:** | **$6,221.94** |

///

///

Pursuant to Judgment Creditor's Corrected Motion for Renewal of Judgments against Judgment Debtors, and the Court having considered the pleadings on file, it is hereby

ORDERED that Judgment Creditor's Default Judgment (Doc. No. 16) ("First Judgment") and Judgment Creditor's Second Order for Default Judgment (Doc No. 18) ("Second Judgment") against

Order on Renewed Judgments
(Case No. 2:08-cv-00785-JLR)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiff*

3

1 | Judgment Debtors be renewed pursuant to RCW 6.17.020(3) for an additional ten (10) year period, as
2 | stated in the above judgment summaries, effective October 12, 2018.
3 | Dated this 19th day of November, 2018.

_____
United States District Court Judge
James L. Robart

9 | Submitted by:

10 | *s/ Michael A. Urban*
Michael A. Urban, Esq., WSBA No. 20251
11 | The Urban Law Firm
11900 NE 1st Street, Suite 300, Building G
12 | Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
13 | F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
14 | *Attorneys for Plaintiff / Judgment Creditor*

17 | 128720

Order on Renewed Judgments
(Case No. 2:08-cv-00785-JLR)

4

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA 98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
*Counsel for Plaintiff*